UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

NEREIDA CANCEL DE RUGG,

    Plaintiff,

    v.

TOGO D. WEST, JR., SECRETARY OF THE ARMY, et al.,

    Defendants.

Civil No. 97-1594 (JAF)

**ORDER**

A Status Conference to discuss pending matters will be held on **September 28, 1999, at 11:45 A.M.**

This Order disposes of <u>Docket Documents Nos. 43 and 47</u>.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 10th day of September, 1999.

JOSE ANTONIO FUSTE
U. S. District Judge

AO 72
(Rev 8/82)