# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



NEREIDA CANCEL DE RUGG, ET. AL.

VS.

CIVIL NO. 97-1594(JAF)

TOGO WEST, ET. AL.

RECEIVED & FILED
99 SEP 29 AM 11: 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## DESCRIPTION OF MOTION

| DATE FILED: 9/24/99 | DOCKET #: 49 | TITLE: MOTION REQUESTING LEAVE OF COURT TO FILE THIRD MOTION TO COMPEL DISCOVERY AND PRODUCTION OF DOCUMENTS |
|---|---|---|
| [X] Plaintiff(s) [ ] Defendant(s) | | |

## O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: _Sh. held today. Parties agreed to [further] discovery_

_____   _____
9/28/99         JOSE A. FUSTE
DATE            U.S. DISTRICT JUDGE

(50)