IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

NEREIDA CANCEL DE RUGG  \*
    Plaintiff  \*
                              \*
                              \*
v.                           \*        CIVIL NO. 97-1594 (JAF)
                              \*
                              \*
TOGO WEST, ET AL      \*
    Defendants          \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

A Status Conference was held in the captioned case on September 28, 1999. Plaintiff requested the evaluations of several employees that used to work with the plaintiff at the Military Entrance Processing Station (MEPS). The defendants are hereby ordered to produce for plaintiff's inspection the evaluations and/or performance related documents of Mr. Victor Martinez. The defendants will produce for this Court to inspect the evaluations and/or performance related documents of the following persons: Lt. Lori Hardin, MSGT. Hayden and Sgt. Alfredo Rubio.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 30th day of September, 1999.

                                              JOSE ANTONIO FUSTE
                                              U. S. DISTRICT JUDGE