UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

Nereida Canuel de Rugg etal

vs. Togo West, etal                    CIVIL NO. 97-1594 (JAF)

---

### DESCRIPTION OF MOTION

DATE:
FILED:              DOCKET:#     Title:

( )Plffs            ( )Defts

( )Government       ( )Other

RECEIVED & FILED
99 OCT 28 AM 11:37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

### O R D E R

P.T. conf. held

The proposed pretrial order shall be filed not later than today at 5 P.M.

Trial shall be held on March 27/2000, 930 A.M.

10/25/99

10/27/99
② Jury clerk

56