# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO





**NEREIDA CANCEL DE RUGG**

VS.                                    CIVIL NO. **97-1594** (JAF)

**TOGO WEST, ET AL**

| DESCRIPTION OF MOTIONS | O-R-D-E-R-S |
|---|---|
| DATE FILED : 9/28/99    DOCKET: 00<br>[] Plaintiff (s)    [x] Defendant (s)<br>TITLE: ORAL MOTION in open court by Togo West, William Cohen \|requesting to depose plaintiffs' witnesses\| | see Ndr #50 |
| DATE FILED : 9/30/99    DOCKET: 52<br>[x] Plaintiff (s)    [] Defendant (s)<br>TITLE: RESPONSE by Nereida Cancel-De-Rugg to [0-0] oral motion requesting to depose plaintiffs' witnesses by William Cohen, Togo West | See Ndr # 50 |
| DATE FILED : 9/30/99    DOCKET: 53<br>[] Plaintiff (s)    [x] Defendant (s)<br>TITLE: REPLY by Togo West, William Cohen to response to [0-0] oral motion requesting to depose plaintiffs' witnesses by William Cohen, Togo West | see Ndr #50 |
| DATE FILED :    DOCKET:<br>[] Plaintiff (s)    [] Defendant (s)<br>TITLE: |  |

/DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE

(57)