# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



NEREIDA CANCEL DE RUGG, ET. AL.

VS.

TOGO WEST, ET. AL.

CIVIL NO. 97-1594(JAF)



RECEIVED & FILED
00 MAR -6 AM 10: 05
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## DESCRIPTION OF MOTION

DATE FILED: 02/29/00    DOCKET #: 64    TITLE: MOTION by Togo West, William Cohen |requesting confirmation of trial date|

[ ] Plaintiff(s)
[X] Defendant(s)

## O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: Due to conflict with our Criminal Calendar, trial in this case, presently set for March 27, 2000 is hereby Reset for June 19, 2000, at 9:30 A.M.

3/2/2000
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE

(66)