# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



NEREIDA CANCEL DE RUGG, ET AL

VS.

Civil No. 97-1594(JAF)

TOGO WEST, ET AL

## ORDER

By Order of the Court, the **Jury Trial set for June 19, 2000, at 9:30 a.m. is hereby continue sine die.**

**IT IS SO ORDERED**

In San Juan, Puerto Rico, this 19th day of June, 2000.

By: _____
Sulma López-Defilló
Deputy Clerk

3

by phone: Jury Clerk 6/14/00