# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



NEREIDA CANCEL DE RUGG, ET. AL.

    VS.

TOGO WEST, ET. AL.

CIVIL NO. 97-1594 (JAF)

RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
'00 JUL 11  PH 2:26

---

### DESCRIPTION OF MOTION

| DATE FILED: 06/20/00 | DOCKET #: 82 | TITLE: MOTION by Togo West, William Cohen \|to Extend Time until 7/10/00 to file Reply to mot for sum/jgm\| |
|---|---|---|
| [ ] Plaintiff(s)<br>[x] Defendant(s) | | |

### O-R-D-E-R

__ GRANTED.

__ DENIED.

X MOOT.

__ NOTED.

**OTHER:**

_____

7/6/00
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE

