UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

NEREIDA CANCEL DE RUGG

Plaintiff(s)

v.                                CIVIL NUMBER: 97-1594 (JAG)

TOGO WEST, JR., Secretary of the Army,
DEPARTMENT OF DEFENSE, ET AL

Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 08/21/00<br>**Title:** Plaintiff Nereida Cancel de Rugg's Requesting Extension of Time<br>**Docket:** 90<br>[x] Plffs   [ ] Defts   [ ] Other | **GRANTED.** |

| MOTION | ORDER |
|---|---|
| **Date Filed:** 07/17/00<br>**Title:** Plaintiff Nereida Cancel de Rugg's Requesting Extension of Time<br>**Docket:** 89<br>[x] Plffs   [ ] Defts   [ ] Other | **MOOT.** |

Date: 09/07/00

JAY A. GARCIA-GREGORY
U.S. District Judge

