UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

NEREIDA CANCEL DE RUGG

    Plaintiff(s)

        v.                    CIVIL NUMBER: 97-1594 (JAG)

TOGO WEST, JR., Secretary of the Army,
DEPARTMENT OF DEFENSE, ET AL

    Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 02/17/00<br>**Title:** Motion Amending Documentary Evidence and Witness List, etc.<br>**Docket:** 61<br>[ ] Plffs   [x] Defts   [ ] Other | GRANTED. |

| MOTION | ORDER |
|---|---|
| **Date Filed:** 03/02/00<br>**Title:** Motion Requesting Authorization to Video-tape Testimony, etc.<br>**Docket:** 65<br>[ ] Plffs   [x] Defts   [ ] Other | GRANTED. |

| MOTION | ORDER |
|---|---|
| **Date Filed:** 03/13/00<br>**Title:** Plaintiff Nereida Cancel de Rugg's Requesting Ten (10) Days, etc.<br>**Docket:** 67<br>[x] Plffs   [ ] Defts   [ ] Other | MOOT. |

Date: 09/07/00

JAY A. GARCIA-GREGORY
U.S. District Judge

