UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

NEREIDA CANCEL DE RUGG

**Plaintiff(s)**

v.    CIVIL NUMBER: 97-1594 (JAG)

TOGO WEST, JR., ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 09/15/00<br>**Title:** Plaintiff Nereida Cancel de Rugg's Requesting Extension of Time to File Motion for Reconsideration<br>**Docket:** 95<br>[x] Plffs   [ ] Defts   [ ] Other | **GRANTED** as requested. |

Date: 09/29/00

JAY A. GARCIA-GREGORY
U.S. District Judge