UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                     DATE: OCTOBER 10, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY:  Lily **ALICEA**          **CASE NO. CIVIL 97-1594 (JAG)**

===================================================================

NEREIDA CANCEL DE RUGG                     Attorneys:
                                           For Plaintiffs:

         VS
                                           For Defendant:
WEST TOGO

===================================================================

By Order of the Court a status conference in the above-mentioned case is set for **TUESDAY, OCTOBER 17, 2000 AT 3:00 PM before Judge Garcia Gregory.**

Parties to be notified.

                                           _____
                                              LILY ALICEA
                                              COURTROOM DEPUTY

