UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                DATE: OCTOBER 17, 2000
BEFORE HONORABLE JAY A. GARCIA GREGORY
COURTROOM DEPUTY: Lily **ALICEA**         **CASE NO. CIVIL 97-1594 (JAG)**
================================================================
NEREIDA CANCEL DE RUGG                    Attorneys:
                                            For Plantiff: DENNIS
                                            SIMONPIETRI

                VS

                                          For Defendant:
TOGO D. WEST, JR.                           LILLIAM MENDOZA
================================================================

Case called for status conference. Parties theories stated. Plaintiff indicates that they have filed today a motion for reconsideration of the Opinion and Order issued by the Court. Defendant requests an extension of time to November 20, 2000 to oppose. Request is granted by the Court. During that same period of time defendant will file a motion for reconsideration and plaintiff will have twenty days thereafter to oppose.

Parties to be notified.

_____
Lily Alicea, Courtroom Deputy