IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

NEREIDA CANCEL DE RUGG

**Plaintiff(s)**

v.                                    CIVIL NO.   97-1594 (JAG)

TOGO WEST, ET AL

**Defendant(s)**

---

## ORDER

This case is referred to Magistrate-Judge Justo Arenas for appropriate disposition of pending motions.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 13th day of June, 2001.

JAY A. GARCIA-GREGORY
U.S. District Judge