IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

NEREIDA CANCEL DE RUGG,

Plaintiff

v.                                    CIVIL 97-1594 (JAG)

TOGO WEST, et al.,

Defendants

ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Defendant's Motion *In Limine*, 06-06-00. | 74 | Granted. |
| Plaintiff's Motion Requesting Extension of Time to Oppose Government's Motion *In Limine*, 08-15-01. | 94 | Moot. |
| Plaintiff's Motion Requesting Leave of Court and in Opposition to Government's Motion *In Limine*, 10-15-00. | 98 | Noted. |

In San Juan, Puerto Rico, this 5th day of November, 2001.

JUSTO ARENAS
United States Magistrate Judge