UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

NEREIDA CANCEL DE RUGG

**Plaintiff(s)**

v.    CIVIL NUMBER: 97-1594 (JAG)

TOGO WEST, JR., Secretary of the Army,
DEPARTMENT OF DEFENSE, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 11/19, 20/01<br>**Title:** Plaintiff Nereida Cancel de Rug's Motions Requesting that the Ten (10) Days Term Provided by Local Rule 510.2 be Enlarged, etc.<br>**Docket:** 107, 108<br>[x] **Plffs**   [ ] **Defts**   [ ] Other | **GRANTED.** |

Date:  December 17, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge


