UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

NEREIDA CANCEL DE RUGG

**Plaintiff(s)**

v.                                           CIVIL NUMBER: 97-1594 (JAG)

TOGO WEST, JR., Secretary of the Army,
DEPARTMENT OF DEFENSE, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 01/18/02<br>**Title:** Plaintiff Nereida Cancel de Rugg's Motion Requesting Enlargement of Time for Ten (10) Additional Days<br>**Docket:** 111<br>[x] **Plffs**   [ ] **Defts**   [ ] **Other** | GRANTED. |

**Date:** January 24, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge