# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

NEREIDA CANCEL DE RUGG

   **Plaintiff(s)**

   v.                                    CIVIL NUMBER: 97-1594 (JAG)

TOGO WEST, JR., Secretary of the Army,
DEPARTMENT OF DEFENSE, ET AL

   **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 01/28/02<br>**Title:** Plaintiff Nereida Cancel de Rugg's Motion Requesting Enlargement of Time for Five (5) Additional Days<br>**Docket:** 114<br>[x] **Plffs**   [ ] **Defts**   [ ] **Other** | **GRANTED.** |

Date: February 1, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge



