UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

NEREIDA CANCEL DE RUGG

**Plaintiff(s)**

v.                                         CIVIL NO.    97-1594 (JAG)

TOGO WEST, JR., Secretary of the Army,
DEPARTMENT OF DEFENSE, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 02/06/02<br>**Title:** Defendant's Motion for Enlargement to File its Opposition to Plaintiff's Objection to the U.S. Magistrate's Report and Recommendation<br>**Docket:** 118<br>[ ] **Plffs**   [ X ] **Defts**   [ ] **Other** | **GRANTED.** |

Date:  February 11, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge

