UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

NEREIDA CANCEL DE RUGG

**Plaintiff(s)**

v.   CIVIL NO.   97-1594 (JAG)

TOGO WEST, JR., Secretary of the Army,
DEPARTMENT OF DEFENSE, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 03/12/02<br>**Title:** Motion Requesting Leave to Withdraw from Representation<br>**Docket:** 121<br>[ X ] **Plffs**   [ ] **Defts**   [ ] **Other** | **GRANTED.** Plaintiff will continue to be represented by Francisco M. López-Romo, Esq. and Dennis Simonpietri, Esq. |

Date:  March 21, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge

