IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

NEREIDA CANCEL DE RUGG,

Plaintiff

v.                                                                CIVIL 97-1594 (JAG)

TOGO WEST, et al.,

Defendants

<u>O R D E R</u>

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Motion Requesting Protective Order, 02-23-00. | 62 | Granted. |

In San Juan, Puerto Rico, this 12th day of April, 2001.

JUSTO ARENAS
United States Magistrate Judge