IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

NEREIDA CANCEL DE RUGG

    **Plaintiff,**

      **v.**

LOUIS CALDERA, JR., <u>et al.</u>

    **Defendants.**

CIVIL NO. 97-1594(JAG)

---

### PARTIAL JUDGMENT

Pursuant to the April 23, 2002 Memorandum and Order, the Court hereby enters partial judgment dismissing Rugg's sexual harassment and retaliation claims, as well as her claim regarding the fourteen-day suspension, with prejudice.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 25th day of April, 2002.

_____
JAY A. GARCIA-GREGORY
U.S. District Judge