IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

NEREIDA CANCEL DE RUGG

    **Plaintiff,**

    v.

LOUIS CALDERA, JR., et al.

    **Defendants**

CIVIL NO. 97-1594(JAG)

### ORDER

    The Court has before it plaintiff's motion for continuance of the Pre-Trial and Trial dates, filed on May 10, 2002. (Docket No. 127.)

    The Court **denies** the motion without prejudice. The parties shall meet with the Court for a Mediation and Settlement Conference on **Wednesday, May 15, 2002, at 9:30 a.m.** Counsel **must** seriously and earnestly discuss settlement prospects with their respective parties prior to the conference, and the principals with authority to settle **must** be available throughout the conference to assist in the settlement negotiations. The Court believes that this case, **particularly at this late juncture**, can be settled. It therefore asks the parties to make their best efforts to dispose of this five-year old matter extrajudicially.

    The Court hereby advises the parties that if it were forced to consider plaintiff's request to change the Pre-Trial and Trial dates, it would seek to schedule the matter **before** June 14, 2002, and not after.

    IT IS SO ORDERED.

    In San Juan, Puerto Rico, this 13th day of May, 2002.

                             JAY A. GARCIA-GREGORY
                             U.S. District Judge