UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                DATE: MAY 15, 2002

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**        **CASE NO. CIV. 97-1594 (JAG)**

===============================================================

NEREIDA CANCEL DE RUGG              Attorneys: DENNIS SIMONPIETRI
                                    FRANCISCO LOPEZ ROMO
        VS

TOGO WEST, JR.                      FIDEL SEVILLANO

---

Case called for settlement conference. Attorney for plaintiff informs he has submitted a written settlement demand which they have been discussing today. Attorney for defendant indicates that they have reached an amount which he can recommend to his superiors.

Court grants them additional time to finalize the agreement. They have to file a proposed pretrial order by May 31, 2002. A further settlement conference is set for May 24, 2002 at 3:30 PM. Pretrial conference is set for June 5, 2002 at 9:00 AM. Jury selection will be held before Mag. Gelpi on June 7, 2002 at 9:30 AM and the jury trial will commence on June 10, 2002 at 9:30 AM.

Parties to be notified.

_____
Lily Alicea-Courtroom Deputy

s/c to
Courtroom Deputy-Gelpi
Jury Clerk
05/15/02
LEA

