IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

'02 JUN 14  AM 10: 44

CLERK'S OFFICE
I S. DISTRICT COURT
SAN JUAN, P R

NEREIDA CANCEL DE RUGG

    **Plaintiff,**

    **v.**

LOUIS CALDERA, JR., <u>et al.</u>,

    **Defendants.**

**CIVIL NO.** 97-1594(JAG)

---

### ORDER

The Court has received the plaintiff's notice seeking dismissal of the Notice of Appeal. (Docket No. 132.)  The motion is <u>noted</u>.

The Court has also received plaintiff's motion requesting an enlargement of time until June 14, 2002 to file the signed settlement stipulation. (Docket No. 133.)  The Court <u>grants</u> the motion.  No further extensions will be granted.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 12th day of June, 2002.

JAY A. GARCIA GREGORY
U.S. District Judge