UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2002 JUN 14 AM 8:44

RECEIVED AND FILED

NEREIDA CANCEL DE RUGG

**Plaintiff(s)**

v.                                             CIVIL NUMBER: 97-1594 (JAG)

TOGO WEST, JR., Secretary of the Army,
DEPARTMENT OF DEFENSE, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 06/03/02<br>**Title:** Plaintiff Nereida Cancel de Rugg's Notice of Settlement<br>**Docket:** 131<br>[x] **Plffs**   [ ] **Defts**   [ ] **Other** | NOTED. |

Date: June 12, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge