UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

NEREIDA CANCEL DE RUGG

    **Plaintiff**

    v.                                             CIVIL NO. 97-1594 (JAG)

TOGO D. WEST, et al.

    **Defendants**

---

JUDGMENT

On the basis of the "Stipulation for Compromise Settlement" filed by the parties, the Court enters judgment dismissing this case with prejudice.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 17th day of June, 2002.

_____
JAY A. GARCIA-GREGORY
U.S. District Judge